J:\CRUMBA\FORMS\CALENDAR\01-096.WPD

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

St. Paul Fire & Marine, et al.,
           Plaintiffs,


           v.                                    Case No. C-1-01-096
                                                 (Hogan, M.J.)
Oswald Company, Inc., et al.,
           Defendants.

_____

**NOTICE**
_____

       Please take notice that the above-captioned case, which proceeded with a telephonic scheduling conference on September 10, 2003, will be continued before the Honorable Timothy S. Hogan to:

                    Monday, November 3, 2003, at 9:30 am


       The parties are reminded to call into chambers approximately five (5) minutes prior to 9:30 am at 513-564-7650.

                                   Timothy S. Hogan
                                   United States Magistrate Judge


                                    s/Barbara A. Crum
                                   Barbara A. Crum
                                   Courtroom Deputy

cc:    All counsel
bac         September 10, 2003