J:\CRUMBA\FORMS\CALENDAR\2001\01-096.WPD

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

St. Paul Fire & Marine, et al.,
    Plaintiffs,

v.                    Case No. C-1-01-096
                          (Hogan, M.J.)

Oswald Company, Inc., et al.,
    Defendants.

## CALENDAR ORDER

Pursuant to a scheduling conference conducted in the above-captioned matter on November 3, 2003, this case shall proceed as follows:

1. Defendant's motion for an extension of time (Doc. 134) is **GRANTED** until **December 5, 2003**.

2. Plaintiff's motion in limine (Doc. 119) & Defendant's motion in limine (Doc. 122) are set for oral arguments on **January 9, 2004 at 9:30 am in Courtroom 701.**

3. Final pretrial conference: **January 16, 2004 at 9:30 am**

7. Jury Trial: **February 17, 2004 at 9:30 am**

IT IS SO ORDERED.

Date   11/3/2003                        s/Timothy S. Hogan
bac    November 3, 2003             Timothy S. Hogan
J:\CRUMBA\FORMS\CALENDAR\2001\01-096.WPD    United States Magistrate Judge