FILED
JAMES BONINI
CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

03 DEC -5 PM 4: 14

| | |
|---|---|
| ST. PAUL FIRE AND MARINE<br>  INSURANCE COMPANY<br>SECURITY INSURANCE COMPANY OF<br>  HARTFORD<br>GREENWICH INSURANCE COMPANY<br>CONTINENTAL CASUALTY COMPANY<br>FIREMAN'S FUND INSURANCE COMPANIES<br>and<br>FEDERAL INSURANCE COMPANY<br><br>    Plaintiffs<br><br>vs.<br><br>KAJIMA CONSTRUCTION SERVICES, INC.<br><br>    Defendant<br><br>and<br><br>KAJIMA CONSTRUCTION SERVICES, INC.<br><br>    Defendant/Third-Party Plaintiff<br><br>vs.<br><br>SMITH, STEVENS & YOUNG, INC.<br>and<br>HOLLAND ROOFING OF CINCINNATI, INC.<br><br>    Third-Party Defendants | Case No. C-1-01-0096<br><br>Judge Beckwith<br><br>Magistrate Judge Hogan<br><br>MOTION OF THIRD-PARTY DEFENDANT<br>SMITH, STEVENS & YOUNG, INC. FOR<br>EXTENSION OF TIME TO FILE A<br>MEMORANDUM IN OPPOSITION TO THE<br>MOTION OF HOLLAND ROOFING, INC.<br>TO PRECLUDE EXPERT TESTIMONY |

**MOTION**

Third-party defendant Smith, Stevens & Young, Inc. ("SS&Y") hereby moves the Court for an order extending its time within which to file a memorandum opposing the motion of Holland Roofing of Cincinnati, Inc. ("Holland") to preclude the expert testimony of Elmer Obermeyer for 19 days until and including December 24, 2003, upon the grounds set forth in the following Memorandum In Support of Motion.

**MEMORANDUM IN SUPPORT OF MOTION**

Holland is a third-party defendant on the third-party complaint filed by defendant Kajima Construction Services, Inc. ("Kajima") which is a defendant on the original complaint filed in this action filed by the five insurance company plaintiffs. James Montgomery, attorney for Kajima, has advised the undersigned counsel that Kajima has reached a settlement with the five original plaintiffs and Holland. Holland was a defendant to the complaint filed by intervening plaintiff Federal Insurance Company but was dismissed by this Court's grant of summary judgment.

Therefore, it is the undersigned counsel's understanding that Holland is no longer a party to this action although it has not yet been dismissed of record. However, A. Dennis Miller, attorney for Holland, advised the undersigned counsel that Holland had no objection to such extension of time since Holland's motion will become moot upon Holland's dismissal as a result of the settlement.

In addition, counsel for SS&Y is presently attempting to negotiate a settlement on behalf of SS&Y.

In view of the foregoing settlement and settlement negotiations, SS&Y requests such extension in order to conserve the remaining proceeds under its professional liability insurance

policy which is its only asset subject to the claims against it in this action since SS&Y is in bankruptcy.

The hearing on the motion is set for January 9, 2004 and this extension will not prejudice any party since, as set forth above, Holland's counsel has advised that Holland has no objection to such motion.

SS&Y's motion should be granted.

Respectfully submitted,

*[signature]*

Gary L. Herfel (OSC # 0011680)
J. David Bender (OSC # 0070679)
100 East Rivercenter Boulevard
Suite 250
Covington, Kentucky 41011
(859) 291-0202
Attorneys for Smith, Stevens & Young, Inc.

**CERTIFICATE OF SERVICE**

    I certify that a copy of the foregoing was served by ordinary U.S. Mail, postage pre-paid, on the 5th day of December, 2003, upon the following:

Mark T. Mullen
James P. Cullen, Jr.
Cozen & O'Connor
The Atrium-Third Floor
1900 Market Street
Philadelphia, Pennsylvania 19103
Attorneys for St. Paul Fire and Marine Insurance Company, Security Insurance Company of Hartford, Greenwich Insurance Company, and Fireman's Fund Insurance Companies

Steven M. Rothstein
Katz, Greenberger & Norton, LLP
105 East Fourth Street
Suite 400
Cincinnati, Ohio 45202
Attorney for Federal Insurance Company

James J. Montgomery
36 East Seventh Street
Suite 2100
Cincinnati, Ohio 45202-4413
Attorney for Kajima Construction Services, Inc.

Dennis A. Miller
Droder & Miller Co., L.P.A.
125 West Central Parkway
Cincinnati, Ohio 45202
Attorney for Holland Roofing of Cincinnati, Inc.

_____
Gary L. Herfel
J. David Bender
Attorneys for Smith, Stevens & Young, Inc.