J:\CRUMBA\FORMS\CALENDAR\2001\01-096.WPD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

St. Paul Fire & Marine, et al.,
    Plaintiffs,

v.                                                              Case No. C-1-01-096
                                                                (Hogan, M.J.)
Oswald Company, Inc., et al.,
    Defendants.

**ORDER**

    Pursuant to telephonic notification, this matter is hereby settled:

    It is ORDERED that this action is hereby DISMISSED with prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated.

    The Court retains jurisdiction over the settlement contract for the purpose of its enforcement.

Date  12/11/2003                                        s/Timothy S. Hogan
bac       December 11, 2003                             TIMOTHY S. HOGAN
                                                        United States Magistrate Judge