UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, et al., | : | Case No. C-1-01096 |
| | : | |
| | : | Judge Beckwith |
| Plaintiffs | : | Magistrate Judge Sherman |
| | : | |
| and | : | |
| | : | |
| FEDERAL INSURANCE COMPANY, | : | |
| | : | |
| Intervening Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | |
| OSWALD COMPANY, INC. | : | **STIPULATION OF DISMISSAL** |
| | : | |
| Defendant | : | |
| and | : | |
| | : | |
| KAJIMA CONSTRUCTION SERVICES, INC. | : | |
| | : | |
| Defendant/Third-Party Plaintiff | : | |
| vs. | : | |
| | : | |
| FIEDELDEY STEEL FABRICATORS, INC., et al. | : | |
| | : | |
| Third-Party Defendants | : | |

It is hereby stipulated that all claims by all parties, including, third party claims and crossclaims are hereby dismissed with prejudice; each party to bear its own costs.

_____
MARK T. MULLEN
JAMES P. CULLEN, JR.
Attorneys for St. Paul Fire and Marine Insurance Company
Cozen & O'Connor
1900 Market Street
The Atrium, 3rd Floor
Philadelphia, PA 19103

_____
STEVEN M. ROTHSTEIN
Attorney for Federal Insurance Company
Katz, Greenberger & Norton, LLP
105 East Fourth Street, Suite 400
Cincinnati, Ohio 45202

_____
J. DAVID BENDER
Attorney for Smith, Stevens & Young
100 East Rivercenter Blvd., Suite 250
Covington, Kentucky 41011

_____
A. DENNIS MILLER
Attorney for Holland Roofing of Cincinnati, Inc.
125 West Central Parkway
Cincinnati, Ohio 45204

/s/ James J. Montgomery
_____
JAMES J. MONTGOMERY (0018656)
MONTGOMERY, RENNIE & JONSON
Attorney for Kajima Construction Services, Inc.
36 East Seventh Street, Suite 2100
Cincinnati, Ohio 45202-4413
Tel:   513-241-4722
Fax:   513-241-8775
E:     jmontgomery@mrj.cc