IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DISTRICT AT CINCINNATI

St. Paul Fire and Marine Insurance,   :
    Company, et al.
    Plaintiffs,
                                          :
    v.
                                          :       Case Number:      1:01cv96
                                                      **Termination Date**:  December 11, 2003
Federal Insurance Company, et al.,   :
    Defendants.

_____

NOTICE TO COUNSEL
_____

IN RE:       SOUTHERN DISTRICT OF OHIO LOCAL RULES

          RULE 79.2      Disposition of Exhibits, Models, Diagrams, Depositions, and other materials.

          RULE 79.3(e)   Sealed, or Confidential Documents shall be disposed of in accordance with Rule 79.2

Rule 72.2(a) Withdrawal by Counsel

    All models, diagrams, depositions, photographs, x-rays and other exhibits and materials filed in an action or offered in evidence shall not be considered part of the pleadings in the action and, unless otherwise ordered by the Court, shall be withdrawn by counsel without further Order within six (6) months after final termination of the action.

Rule 79.2(b) Disposal by the Clerk

    All models, diagrams, depositions, x-rays and other exhibits and materials not withdrawn by counsel shall be disposed of by the Courtroom Deputy as waste if not retrieved by **October 22, 2004,** in accordance with these local rules.  *This office holds the exhibit books and depositions which are subject to disposal if not retrieved by the date listed herein.  Please contact the undersigned to make arrangements for retrieval of items listed above at 513-564-7650.*

Rule 79.3(e)
    Sealed or confidential documents shall be disposed of in accordance with Rule 79.2.

                                                            JAMES BONINI, Clerk

                                               By:       S/Barbara A. Crum
bac      October 19, 2004                                                Courtroom Deputy